UNITED STATES v. ROSENSTEIN et al.

(Circuit Court, S. D. New York. December 16, 1898.)

No. 2,538.

CUSTOMS DUTIES—CLASSIFICATION—FRUIT PRESERVED IN ITS OWN JUICES.

Prunes boiled in water, and pressed through a colander, without the addition of sugar or any other material, which article is not a "jelly," in the common meaning of that term, nor commercially known as jelly, are dutiable under paragraph 219 of the tariff law of 1894, as fruits preserved in their own juices, and not under paragraph 218, as jelly.

This is an appeal by the United States from a decision of the board of general appraisers sustaining the protest of the importers as to the classification for duty of certain imported merchandise.

H. P. Disbecker, Asst. U. S. Atty.
Albert Comstock, for importer.

TOWNSEND, District Judge (orally). The articles in question are prunes boiled in water, and passed through a colander, and without the addition of sugar, gelatine, or any other material. The collector classified them as jelly, under paragraph 218 of the act of 1894, at 30 per cent. The importers protested, claiming that they were fruits preserved in their own juices, and dutiable, as such, at 20 per cent., under paragraph 219 of said act. The board of general appraisers sustained the protest of the importers, and the government appeals.

The evidence introduced before the board of general appraisers shows that the article in question is not a "jelly," in the common meaning of that term. While it is sometimes called a jelly in trade, the evidence before the board is insufficient to support the claim of the government that the article is commercially known as jelly. The evidence shows that it is in fact a fruit preserved in its own juices. The decision of the board of general appraisers is therefore affirmed.